# United States Court of Appeals for the Federal Circuit

---

**GENUINE ENABLING TECHNOLOGY LLC,**
*Plaintiff-Appellant*

**v.**

**SONY GROUP CORPORATION, SONY INTERACTIVE ENTERTAINMENT LLC,**
*Defendants-Appellees*

---

2024-1686

---

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-00135-MSG, Judge Mitchell S. Goldberg.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

February 19, 2026
Date

Jarrett B. Perlow
Clerk of Court